UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 14-CR-124 |
| | : | |
| v. | : | |
| | : | **FILED** |
| LINWOOD BARNHILL | : | |
| Defendant. | : | JUN 2 0 2014 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### STATEMENT OF THE OFFENSE

The parties in this case, the United States of America and the defendant, Linwood Barnhill, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty.

**COUNT ONE: PANDERING OF A MINOR I.H.**

On December 3, 2013, officers with the Metropolitan Police Department Youth Investigations Division officers were involved in an investigation into the whereabouts of a 16-year-old juvenile female ("I.H.") who had been reported missing by her family. Based on the investigation into the missing juvenile, officers had received information that I.H. may be located at 3066 Stanton Road, S.E. # 102, in Washington, D.C. which was the residence of Metropolitan Police Officer, Linwood Barnhill, Jr. ("defendant").

On December 3, 2013, at approximately 7:00 p.m., officers responded to the defendant's residence. When officers arrived at the residence, a two bedroom apartment, they were met by the defendant. When officers asked if there was anybody else in the residence, they learned that

1

two females were in, what was later identified as, the defendant's bedroom. One of the females was the missing juvenile I.H. and the second was an adult.

Approximately, two weeks prior to December 3, 2013, I.H. met the defendant, who she came to know as "Malik" in a store in Washington, D.C. The defendant approached I.H. and asked I.H. if she was interested in modeling for him. The defendant provided his number to I.H. Later that night, I.H. used a friend's cell phone to text the defendant and the defendant called her back.

Over the course of the next two weeks, I.H. went to the defendant's apartment on approximately two occasions. On each of those occasions, the defendant picked I.H. up and transported her to his apartment in his 2004 black Lincoln Navigator.

On one of these occasions, the defendant asked I.H. to bring "heels and some nice underwear." I.H. brought "sparkly heels" and Victoria's Secret underwear. When they arrived at the residence, the defendant brought I.H. into his bedroom where he took a series of clothed and unclothed photographs with his cellphone. The defendant stated that he was going to send the photos to a man who was interested in "an appointment" with her. The defendant explained that he was going to set up a "date" for her to engage in sexual acts with this man, who would pay her eighty dollars. I.H. was to provide the defendant with twenty dollars after the completion of the "date." The defendant arranged to have I.H.'s hair done in preparation for the date. I.H. never actually engaged in prostitution for the defendant.

**COUNT TWO: PANDERING OF A MINOR S.C.**

Based on the investigation into the defendant involving I.H., law enforcement received information that the defendant was involved in prostitution-related activities with other adult and juvenile females including a 15 year-old female with the initials S.C. S.C. met the defendant in September 2013, when the defendant pulled up to her at the bus stop in the area of Jasper Street and Alabama Ave., S.E. in Washington, D.C. The defendant was driving his 2004 black Lincoln Navigator and asked S.C. if she was interested in modeling for him. S.C agreed to model for the defendant and went back to his apartment in Washington, D.C. to "take modeling pictures."

The defendant, who asked S.C. to escort for him, informed S.C. that he plans bachelor parties. Once they arrived at the defendant's apartment, the defendant brought S.C. into his bedroom and took a series of clothed and unclothed photographs with a cell phone. After the photo session, the defendant and S.C. exchanged phone numbers. Later that night the defendant contacted S.C by cell phone and told her that he had somebody that wanted to meet her for a "date."

The defendant informed S.C. that the man, who went by "Don," wanted to have oral and vaginal intercourse with her. The defendant collected the money from Don and paid S.C. a portion of that money once she was finished with the "date." The defendant explained to S.C. that she was to charge customers eighty dollars for vaginal sex and either fifty dollars or sixty dollars for oral sex. The defendant instructed S.C. not to kiss Don or allow him to give her "hickeys" or to digitally penetrate her. Further, the defendant instructed S.C. to make sure the men wear condoms which the defendant provided. S.C. performed the sexual acts – both oral and vaginal intercourse – on Don in the defendant's bedroom.

3

**COUNT THREE: POSSESSION OF CHILD PORNOGRAPHY**

During the course of their investigation law enforcement also identified a 17 year-old female who goes by the initials Y.B. Y.B. met the defendant, who she knew as Malik, in October 2013. Y.B., who was 17 years-old at the time, met the defendant at a bus stop near Minnesota Avenue and Benning Road S.E., in Washington, D.C., when the defendant pulled up in his black Lincoln Navigator. The defendant immediately asked if Y.B. had ever modeled before and stated that he could "get her out there" in the modeling field. Y.B. gave the defendant a contact number. The defendant called Y.B. the next day and they talked and text messaged off and on for the next three weeks.

Eventually, Y.B. went to the defendant's residence. While at the residence, the defendant again talked about getting Y.B. into the modeling business. He offered to send her pictures to a modeling agency and told her she could make a lot of money. The defendant brought Y.B. into his bedroom where he took multiple photos of her both clothed and unclothed. After taking the photos, the defendant asked Y.B. to perform oral sex on him. Y.B. complied. While Y.B. performed oral sex the defendant held his cellular phone and videoed the session. That video was recovered from a cell phone seized from the defendant's residence pursuant to a search warrant.

In addition to recovering the video of Y.B. performing oral sex on the defendant, law enforcement also recovered numerous images of clothed and unclothed women from multiple cell phones seized from the defendant's residence including clothed and unclothed images of juveniles S.C. and Y.B. These images do not amount to child pornography. None of the victims were aware that the defendant was a Metropolitan Police Officer.

BY: _____
ARI B. REDBORD
Assistant United States Attorney
D.C. Bar 476998
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7018

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Joanne Slaight, Esquire. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 6/20/14

_____
Linwood Barnhill
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6/20/14

_____
Joanne Slaight, Esq.
Attorney for Linwood Barnhill