# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 14-CR-124 (TSC)** |
| | : | |
| v. | : | |
| | : | |
| **LINWOOD BARNHILL** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## JOINT MOTION TO CONTINUE HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, Ms. Alexis Gardner, respectfully move this Court to vacate the control date currently scheduled for August 11, 2025. This case is trailing 25-CR-149 (JMC), which is set for a hearing on August 22, 2025. The parties expect that at that hearing, the defendant will either accept the government's plea offer or request a trial date. Accordingly, the parties request that the Court continue the August 11 control date until the last week of September 2025.

Respectfully submitted,

JEANINE PIRRO
UNITED STATES ATTORNEY

By:   */s/ Caroline Burrell*
Caroline Burrell
Assistant United States Attorney
601 D. St N.W.
Washington, D.C. 20530
(202) 252-6950
caroline.burrell@usdoj.gov

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 14-CR-124 (TSC)** |
| | : | |
| v. | : | |
| | : | |
| **LINWOOD BARNHILL** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## PROPOSED ORDER

Based upon the representations in the parties' Joint Motion to Continue Hearing, and for good cause shown, it is hereby

**ORDERED** that the motion is granted; it is further

**ORDERED** that the control date scheduled for August 11, 2025, is continued until _____, 2025.

SO ORDERED this \_\_\_\_\_ day of _____, 2025

_____
THE HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE